## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H2010313 |
| EGEST BAJRAMI | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H2010313 against defendant Egest Bajrami, which was filed on January 6, 2015, charging him with possessing a knife, for the reason that prosecution of defendant Egest Bajrami is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Egest Bajrami of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Paul J. Fishman / MET_
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the
filing of the foregoing dismissal.

_[signature]_
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/28/15